# EXHIBIT LIST
## Style: USA v. Claybon
## Case No: 4:25-cr-0004 MAL/SRW

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | 10/27/2025 | | | Map of College Hill neighborhood | 10/27/2025 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |