UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | No. 4:25-CR-0004-MTS-SRW |
| v. ) | |
| ) | |
| LASHONNE CLAYBON, ) | |
| ) | |
|    Defendant. ) | |

## THE UNITED STATES OF AMERICA'S SUPPLEMENTAL NOTICE TO THE COURT

The United States of America provides the attached traffic citation record of Mr. Lashonne Claybon relative to the incident that occurred on August 8, 2024. *see* Exhibit 1. The United States request this information be supplemented to the record regarding Defendant's Motion to Suppress Evidence and Statements. (Doc. 33).

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

 /s/ Ashley M. Walker
ASHLEY M. WALKER, #67175 MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri   63102

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      All Attorneys of Record for Defendant.

                                          /s/ Ashley M. Walker
                                          ASHLEY M. WALKER #67175 MO
                                          Assistant United States Attorney