**240023669**

| STATE OF MISSOURI | | | | DIVISION |
|---|---|---|---|---|
| IN THE CIRCUIT COURT OF **ST LOUIS CITY MUNICIPAL COURT** | | | | **V1** |

COURT ADDRESS (Street, City, Zip)
**1520 Market ST, ST LOUIS, MO, 63103**

| OTHER TRAFFIC CHARGES PLACED ☐STATE☐CITY | COURT DATE 09/09/2024 | COURT TIME 9:00 | ☒ AM ☐ PM | COURT PHONE NO. (314) 622-3231 |
|---|---|---|---|---|

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON ABOUT (Date) 08/08/2024 | AT TIME 1357 HRS | HWY CLASS CST | UPON / AT OR NEAR (LOCATION) EB CST EMILY ST CST E JOHN AVE | DIST. 306 |
|---|---|---|---|---|

WITHIN CITY / COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)
**claybon, lashonne**

STREET ADDRESS
**2800 olive**

| CITY **Saint louis** | | STATE **MO** | ZIP CODE **63136** |
|---|---|---|---|

| DATE OF BIRTH **REDACT** | RACE **REDACT** | SEX **REDACT** | HEIGHT **REDACT** | WEIGHT **REDACT** |
|---|---|---|---|---|

| DRIVERS LIC. NO. | | EXP. DATE | CDL: ☐YES ☐NO | STATE |
|---|---|---|---|---|

EMPLOYER

ADDRESS (Street, City, State, Zip)

| ARR. REG. NO. | | C. N. | |
|---|---|---|---|

| DID UNLAWFULLY ☒OPERATE/DRIVE ☐PARK | | ☐C. M. V. | ☐WITH HAZ. MAT |
|---|---|---|---|

| V E H I C L E | YEAR **2018** | MAKE **TOYOTA** | MODEL **COROLLA** | STYLE **SD** | COLOR **SIL** |
|---|---|---|---|---|---|
| | REGISTERED WEIGHT | L I C | NUMBER **REDACT** | STATE **MO** | YEAR **2026** |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

*FAILED TO SIGNAL BEFORE TURNING OR CHANGING LANES*
*- 90408990*

**OCA# 24-033496**

☐Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING MPH | POSTED SPEED LIMIT MPH | DETECTION METHOD ☐ STATIONARY RADAR ☐ WATCH (AIR) ☐ PACE ☐ LASER ☐ MOVING RADAR ☐ WATCH (GROUND) ☐ OTHER |
|---|---|---|

IN VIOLATION OF: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo
☒ORD. **17.16.150(A)**    **ORD304.0-093N20215499.0**

SEAT BELT VIOLATION: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo
☐ORD.

| ☐ IN FATAL CRASH ☐ PROP. DAMAGE ☐DWI / BAC . ☐ IN CRASH ☐ INJURY ☐SCHOOL ZONE ☐COMPLIANCE ☐ SPECIAL ENFORCEMENT ZONE ☐ CONSTRUCTION ZONE | OCN |
|---|---|

| OFFICER **Kopfensteiner** | CT. GP. # 081 | DSN 11697 | ASSGMT. 442 | DATE 08/08/2024 |
|---|---|---|---|---|

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY: ☐ RSMO ☒ ORD.

| PROSECUTOR'S SIGNATURE | DATE 08/16/2024 |
|---|---|

CERTIFICATE OF REDACTION: The document hereby presented to the court has been redacted pursuant to Missouri Court Rules. A separate CRIFS document containing the unredacted information has been filed as required by Missouri Court Rules.

DR. LIC. POSTED ☐YES ☒NO





# City of St. Louis, City Counselor's Office
## Municipal Prosecutions Division
### 1520 Market St Ste 1062, St. Louis, Missouri 63103

## Attorney Recommendation

City of St. Louis  vs  LASHONNE CLAYBON, Defendant

LASHONNE CLAYBON
2800 OLIVE
SAINT LOUIS, MO 63136

**FILED**
MAY 27 2025
CLERK _____ M

Recommendation #: AR00191625
**Mail Payment By: August 13, 2025**
Payment Court Date: August 20, 2025
Time: 8:05 AM
Location: Courtroom 1

| Court Case # | Original Charge | Recommendation | Fine | Cost | Total |
|---|---|---|---|---|---|
| 40023669 | FAIL SIGNAL BEFORE TURN | MISC HEALTH AND SAFETY- ORD901.0-049N20215599.0 Guilty RCM. | 150.00 | 0.00 | 150.00 |
| 40023670 | IMPROP CLASS NO DRIV LIC | MISC HEALTH AND SAFETY- ORD901.0-049N20215599.0 Guilty RCM. | 150.00 | 0.00 | 150.00 |

? where

**Total Due** $300.00

CHRISTOPHER J CARENZA, Associate/Assistant City Counselor

By my signature, I accept the City Counselor's recommendation and enter a plea of guilty on behalf of my client/myself.

_____  (MBE #)    Date
Attorney for] Defendant

*Lashonne Claybon*    5-27-25
LASHONNE CLAYBON    Date
Defendant

So Ordered:

_____    _____
Judge    Date

**THIS RECOMMENDATION MUST BE SIGNED AND RETURNED TO THE COURT PRIOR TO OR WITH PAYMENT.**

SIGN & SEND via e-filing at www.courts.mo.gov; OR
SIGN IN PERSON at 1520 Market Street, Suite 1120, St. Louis, MO 63103; OR
SIGN & SEND via email at stlccweb@stlouis-mo.gov; OR
SIGN & SEND via US Mail to: St. Louis City Municipal Court, 1520 Market Street, Suite 1120, St. Louis, MO 63103.

## PAYMENT RULES - The Court DOES NOT ACCEPT personal checks.

The Court only accepts Money Orders, Cashier Checks, Attorney's IOLTA or Trust Account Checks, or Mastercard and Visa. The Court DOES accept Cash, along with these other forms of payment, in person at 1520 Market St, Suite 1120, St. Louis, MO 63103. DO NOT MAIL CASH.

Online payments for tickets/summons may be made via the 'Pay By Web' feature on Missouri Case.net (www.courts.mo.gov). Payment on these cases must be PAID IN FULL before the payment court date. If you are unable to pay in full by your payment court date, you must appear IN-PERSON at the payment court date. DO NOT DELAY. You may need to allow up to 10 days court processing time after you have submitted your signed recommendation before you will be eligible to use the 'Pay By Web' feature in Missouri Case.net.

