# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>v.   )   No. 4:25-cr-4 MAL<br>   )<br>LASHONNE CLAYBON,   )<br>   )<br>   Defendant.   )   | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant Lashonne Claybon's Motion to Suppress Evidence (Doc. 33), which was referred to United States Magistrate Judge Stephen R. Welby for review pursuant to 28 U.S.C. § 636(b).  Having considered the Magistrate Judge's Report and Recommendation (Doc. 51) in light of the parties' briefing (Docs. 33, 39, 49), the transcript of the evidentiary hearing held on October 27, 2025 (Doc. 50), and noting the absence of any objection to the Report and Recommendation (*see* Doc. 54 - "Defendant's Notice *Accepting* Report and Recommendations" (emphasis added)),

**IT IS HEREBY ORDERED** that the Report and Recommendation, Doc. 51, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.  There is no clear error in the Report and Recommendation.  *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (unobjected-to report and recommendations are reviewed by the district court for clear error).

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress, Doc. 33, is **DENIED.**

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, January 26, 2026, at 9:00 AM.

Dated this 14th day of January, 2026.

*Maria A. Lanahan*

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE